# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ENOMA IGBINOVIA,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendant.

2:19-cv-00588-RFB-VCF

**ORDER**

Before me is the motion requesting service of summons on defendants (ECF No. 25). Plaintiff requests the court to issue summons for defendants Deborah Brooks, Michael Oxborrow, and Melissa Travis.

The Nevada Attorney General's Office has accepted service on behalf of the of former NDOC employees Deborah Brooks and Michael Oxborrow. (ECF No. 26). The AG's office filed the last known address of Melissa Travis under seal on July 5, 2022. (ECF No. 22). Defendants filed a non-opposition to the instant motion. (ECF No. 27).

Accordingly,

I ORDER that the motion requesting service of summons on defendants (ECF No. 25) is GRANTED in part and DENIED in part as moot as stated above.

The Clerk of Court is directed to issue summons under seal for defendant Melissa Travis and deliver the same to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Complaint (ECF No. 8) and this order to the U.S. Marshal for service on defendant Melissa Travis.

The clerk is directed to mail to plaintiff appropriate copies of the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on defendant Melissa Travis. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to defendant Melissa Travis.

1

Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

I FURTHER ORDER that the time to effectuate service on defendant Melissa Travis is extended to October 21, 2022.

DATED this 22nd day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE