# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENOMA IGBINOVIA,<br><br>Plaintiff,<br><br>v. JAMES DZURENDA, et al.,<br><br>Defendants. | Case No. 2:19-cv-00588-RFB-VCF<br><br>**ORDER** |

Plaintiff Enoma Igbinovia having filed an unopposed motion to extend time (second request) (ECF No. 47), and good cause appearing;

**IT IS THEREFORE ORDERED** that Plaintiff's unopposed motion for extension of time (second request) (ECF No. 47) is GRANTED. Plaintiff will have up to and including September 14, 2023, to file his opposition to defendant's motion for summary judgment.

Dated: August 15, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT